# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| JAMES B. ANGELL, CHAPTER 7 TRUSTEE,<br>    Appellant,<br><br>v.<br><br>MEHERRIN AGRICULTURAL & CHEMICAL COMPANY,<br>    Appellee. | **JUDGMENT IN A CIVIL CASE**<br>**2:13-CV-36-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that the Judgment of the Bankruptcy Court is AFFIRMED.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JANUARY 6, 2014**</u> WITH A COPY TO:

James B. Angell (via CM/ECF electronic notification)
James Fields (via CM/ECF electronic notification)


<u>January 6, 2014</u>                              JULIE A. RICHARDS, Clerk
Date                                           Eastern District of North Carolina


                                                          <u>/s/ Debby Sawyer              </u>
                                                          (By) Deputy Clerk

Raleigh, North Carolina